Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas St, Ste S-9
Phoenix, AZ 85018
Phone: 602-598-5075
Fax: 866-241-4176
Email: tom@phxfreshstart.com

THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>LOIS M POWELL,<br><br>Debtor. | CHAPTER 13<br><br>Case No. 2:20-bk-09317-PS<br><br>**MOTION FOR EXPEDITED HEARING** |

Debtor, by and through undersigned counsel, moves this Honorable Court for an Expedited Hearing on Debtor's Motion to Convey/Refinance her real property located at 10746 S. Morningside Dr, Goodyear, Maricopa County, Arizona, as stated herein.

1. The Debtor filed for relief under Chapter 13 of the Bankruptcy Code (Title 11 of the United States Code) on August 13, 2020.

2. As set forth in her schedules, Debtor resides at 10746 S. Morningside Dr, Goodyear, Maricopa County, Arizona (Property) with her significant other, Forrest Ritchie (Ritchie).

3. Ritchie is currently in the process of refinancing Property and lender has required Debtor to quit claim her interest in Property to Ritchie to effectuate such refinance.

4. Due to increasing interest rates, Ritchie is working with his lender on a short extension on his rate lock currently set to expire March 8, 2021. Accordingly, Debtor is requesting an expedited hearing on this matter.

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter an Order setting an Expedited Hearing for the conveyance/refinance of the Debtor's real property located at 10746 S. Morningside Dr, Goodyear, Maricopa County, Arizona.

Dated: March 4, 2021

Respectfully submitted:

/s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S−9
Phoenix, AZ 85028
Phone: 602-598-5075

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on March 4, 2021 the foregoing Debtor's Motion was served on the following via mail/electronic filing noticel to:.

United States Trustee
**Via BNC/ECF**

Russell Brown, Trustee
**Via BNC/ECF**

Creditors appearing on
the attached Master Mailing List

/s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy

**Mailing List**

AMERIHOME MORTGAGE
1 BAXTER WAY
SUITE 300
THOUSAND OAKS CA 91362

BANK OF AMERICA
4909 SAVARESE CIRCLE
FL1-908-01-50
TAMPA FL 33634

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15298
WILMINGTON DE 19850

COMENITYCAPITAL/ULTA
ATTN: BANKRUPTCY DEPT
PO BOX 183003
COLUMBUS OH 43218

DEPARTMENT STORE NATIONAL BANK/MACY'S
ATTN: BANKRUPTCY
9111 DUKE BOULEVARD
MASON OH 45040

FORREST C RITCHIE
10746 S MORNINGSIDE DR
GOODYEAR AZ 85338

SPECIALIZED LOAN SERVICING/SLS
ATTN: BANKRUPTCY
PO BOX 636005
LITTLETON CO 80163

SYNCB/PPC
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896

US BANK/RMS CC
ATTN: BANKRUPTCY
PO BOX 5229
CINCINNATI OH 45201
Powell, Lois - 2:20-bk-09317

WELLS FARGO BANK NA
MAC F8234F-02F
PO BOX 10438
DES MOINES IA 50306