Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas St, Ste S-9
Phoenix, AZ 85018
Phone: 602-598-5075
Fax: 866-241-4176
Email: tom@phxfreshstart.com

THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>LOIS M POWELL,<br><br>Debtor. | CHAPTER 13<br><br>Case No. 2:20-bk-09317-PS<br><br>**NOTICE OF HEARING ON DEBTOR'S MOTION TO CONVEY/REFINANCE** |

PLEASE TAKE NOTICE that on **March 8, 2021 at 2:00 PM,** a hearing will be had on Debtor's Motion to Convey/Refinance.

Per the Court's General Order 20-3 all appearances will be by phone, the parties are to call **877-402-9757, access code 4376956** a few minutes prior to the hearing time. The Motion is based upon this Notice, the facts alleged in the Motion and Debtors Schedules filed in this case.

A copy of Debtor's motion and order setting the hearing date are attached hereto.

Any objection to the Debtor's Motion to Convey/Refinance shall be filed and served on Debtor's counsel no later than one day prior to the hearing; it is further

Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. If you do not want the Court to grant the relief consider your view, you or your attorney must attend the Hearing. If you or your attorney do not attend the Hearing, the Court may grant the relief requested in the Motion

Debtor's Motion for Expedited Hearing

Dated: March 4, 2021

                                                    Respectfully submitted:

/s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 4, 2021 the foregoing Debtor's Motion was served on the following via mail/electronic filing notice to:

United States Trustee
*Via BNC/ECF*

Russell Brown, Trustee
*Via BNC/ECF*

Creditors appearing on
the attached Master Mailing List

                                                    /s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy

# Mailing List

AMERIHOME MORTGAGE
1 BAXTER WAY
SUITE 300
THOUSAND OAKS CA 91362

BANK OF AMERICA
4909 SAVARESE CIRCLE
FL1-908-01-50
TAMPA FL 33634

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15298
WILMINGTON DE 19850

COMENITYCAPITAL/ULTA
ATTN: BANKRUPTCY DEPT
PO BOX 183003
COLUMBUS OH 43218

DEPARTMENT STORE NATIONAL BANK/MACY'S
ATTN: BANKRUPTCY
9111 DUKE BOULEVARD
MASON OH 45040

FORREST C RITCHIE
10746 S MORNINGSIDE DR
GOODYEAR AZ 85338

SPECIALIZED LOAN SERVICING/SLS
ATTN: BANKRUPTCY
PO BOX 636005
LITTLETON CO 80163

SYNCB/PPC
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896

US BANK/RMS CC
ATTN: BANKRUPTCY
PO BOX 5229
CINCINNATI OH 45201
Powell, Lois - 2:20-bk-09317

WELLS FARGO BANK NA
MAC F8234F-02F
PO BOX 10438
DES MOINES IA 50306